JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>          Plaintiff,<br><br>v.<br><br>THE CARPET STORE INC.;<br>WILLIAM L. NEIMAN, AS<br>TRUSTEE OF THE THE NEIMAN<br>FAMILY TRUST; and DOES 1 to 10,<br><br>          Defendant. | Case No. 2:24-cv-09568-AB (MAAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 18, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.